# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| AGNES FAYE CHERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| HEALTHCARE SERVICES ) | 1:14-cv-00465-HSO-JCG |
| GROUP, INC.; RACHEL ) | |
| FAGGARD; and MICHELLE ) | |
| KASBY, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Agnes Faye Cherry, by and through her undersigned counsel, and Defendants Healthcare Services Group, Inc., Rachel Faggard, and Michelle Kasby, by and through their undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and give notice that this case may be dismissed with prejudice, each party to bear her or its own costs.

Respectfully submitted this 20th day of August, 2015.

1

Respectfully submitted,

/s/ *Christopher C. "Stopher" Haug*
(w/ consent)
Christopher C. "Stopher" Haug
Counsel for Plaintiff Agnes Faye Cherry

OF COUNSEL:
HAUG AND FARRAR, PLLC
922 Porter Avenue, Suite 109
Ocean Springs, Mississippi 39564
Telephone: (228) 872-8752
Facsimile: (877) 325-2747
E-mail: stopher@haugfarrar.com

/s/ *Carter H. Dukes*
Carter H. Dukes (admitted *pro hac vice*)
Lead Counsel for Defendants
Healthcare Services Group, Inc.,
Rachel Faggard, and Michelle Kasby

OF COUNSEL:
SCOTT DUKES & GEISLER, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone: (205) 251-2300
Telecopier: (205) 251-6773
Email: cdukes@scottdukeslaw.com

/s/ *William L. McDonough, Jr.*
William L. McDonough, Jr.
Local Counsel for Defendants
Healthcare Services Group, Inc., Rachel Faggard, and Michelle Kasby

OF COUNSEL:
COPELAND COOK TAYLOR & BUSH
Post Office Box 10
Gulfport, Mississippi 39502
Telephone: (228) 863-6101
Facsimile: (228) 868-9077
Email: bmcdonough@cctb.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20th, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Christopher C. Haug
THE HAUG LAW FIRM, PLLC
922 Porter Avenue, Suite 109
Ocean Springs, Mississippi 39564

/s/ *William L. McDonough, Jr.*
Of Counsel

80385